8

From: The District Court of the Thirteenth Judicial District, County of Yellowstone, STATE OF MONTANA, Plaintiff vs. KELLY JAMES BRYANT, Defendant.

## DECISION

No. DC-82-050

The application of the above-named defendant for a review of the sentence of 8 years with 2 years suspended; concurrent with DC-82-363 imposed on February 18, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 6 years with 3 years suspended; to be served concurrently with DC-82-363, and the Defendant shall be under the Supervision of the Department of Adult Probation and Parole for the suspended portion of this sentence.

Reasons for the amendment are:

(1) Lack of pre-sentence report;

(2) No disposition as to what sentences the Co-Defendants received.

This amendment brings the sentence more in line with other crimes of a similar nature.

We wish to thank Paul Sharkey of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson